# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

June 28, 2021

**MEMO ENDORSED**

Hon. Sydney H. Stein
United States District Court
U. S. Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Cheedle, et al**
**19 Cr. 833 (SHS)**

Dear Judge Stein:

    I represent defendant **Shane Hanna** in the above-referenced matter. Mr. Hanna is currently at liberty pursuant to a $250,000.00 appearance bond co-signed by one financially responsible individual and one individual serving as moral suasion. Mr. Hanna is a resident of Phoenix, Arizona and he is currently residing at his home there with his wife and four children. Mr. Hanna's bail conditions limit his travel to the District of Arizona, the Southern and Eastern Districts of New York and the District of New Jersey. He is under the supervision of Pretrial Services officers both in the District of Arizona and the Southern District of New York.

    I write today with the consent of Pretrial Services for the Southern District of New York and the District of Arizona, as well as with the consent of the United States Attorney's Office per A.U.S.A. Kiersten Fletcher, to request a modification of Mr. Hanna's bail conditions such as to allow him to make a round trip by automobile from his home in Phoenix, Arizona to Dana Pointe, California. Mr. Hanna will be accompanied by his wife and four children and they plan to depart Phoenix, Arizona on August 19, 2021 and return to Phoenix on August 23, 2021. The purpose of the trip is to allow Mr. Hanna to attend business meetings and to serve as a brief vacation for the family. Pretrial Services has been provided the hotel address information where Mr.Hanna and his family will be staying while away.

    Accordingly, it is respectfully requested that the Court grant the appearance bond modification sought herein while all other conditions of release remain in effect.

Thank you for your consideration to this application.

Respectfully submitted,

Richard H. Rosenberg

cc.: A.U.S.A. Kiersten Fletcher
Courtney Defeo, U.S. Pretrial SDNY
Gina Sanchez, U.S. Pretrial, Dist. of Arizona

**The defendant's request to travel as set forth in this letter is granted.**

**Dated:** New York, New York
June 28, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.