# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

August 9, 2021

Hon. Sydney H. Stein  
United States District Court  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

United States v. Cheedle, et al  
19 Cr. 833 (SHS)

Dear Judge Stein:

With the consent of the Government I write to respectfully request that my client in the above-referenced matter, **Shane Hanna**, and counsel be excused from attending the pre-trial conference scheduled for tomorrow, August 10, 2021 at 2:00 p.m.

It is Mr. Hanna's intention to enter a guilty plea in this case. Counsel for Mr. Hanna and the Government are in active resolution discussions. Accordingly, pursuant to this Court's order dated August 4, 2021 (Dkt. 326) it is respectfully requested that defendant Hanna and counsel be excused from the conference on August 10, 2021.

I sincerely apologize for the lateness of this application and thank you for your consideration and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties (ECF)

Mr. Hanna's and his counsel's requests to be excused from the August 10 conference is granted.

Dated: New York, New York  
August 10, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.