# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

August 13, 2021

Hon. Sydney H. Stein
United States District Court
U. S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Cheedie, et al
19 Cr. 833 (SHS)

Dear Judge Stein:

I represent defendant **Shane Hanna** in the above-referenced matter. Mr. Hanna, a resident of Phoenix, Arizona, is currently at liberty pursuant to a $250,000.00 appearance bond co-signed by one financially responsible person and one individual serving as moral suasion.

I write today to request a modification of Mr. Hanna's bail conditions. Ms. Kristy Engelund, the financially responsible person currently on Mr. Hanna's appearance bond, has notified Mr. Hanna that due to personal circumstances she wishes to be taken off the appearance bond. As a substitute financially responsible bond signer Mr. Jeffrey Baker, a resident of Phoenix, Arizona and long time close friend of the defendant, has offered to serve in that role. Mr. Baker provided his financial documents to the United States Attorney's Office and was interviewed for suitability by that office.

I am informed by A.U.S.A Sebastian Swett that Mr. Baker is acceptable to the Government as the substitute financially secure individual for the appearance bond. Accordingly, it is respectfully requested that the Court approve the withdrawal of Ms. Engelund from her obligations under the appearance bond and approve Mr. Baker as the financially responsible individual for the appearance bond.. All other conditions of Mr. Hanna's release would remain in place.

Respectfully submitted,

Richard H. Rosenberg

cc.: AUSA Sebastian Swett

The request to approve the withdrawal of Ms. Engelund and approve Mr. Baker as the financially responsible individual for defendant's appearance bond is granted.

SO ORDERED:

Dated: New York, New York
August 13, 2021

Sidney H. Stein, U.S.D.J.