UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | ORDER |
| SHANE HANNA, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The proceeding scheduled for December 9, 2021, at 3:30 p.m. shall occur as a video conference using the Microsoft Teams platform. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and using conference ID: 953 106 58#.

Dated: New York, New York
      December 8, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.