UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| SHANE HANNA, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The time for the proceeding on December 13, 2021, is 12:00 p.m., not 3:30 p.m.

Dated: New York, New York
      December 9, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.