```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x
                             :
UNITED STATES OF AMERICA     :
                             :   SUPERSEDING INFORMATION
        - v. -               :
                             :   S5 19 Cr. 833 (SHS)
SHANE HANNA,                 :
                             :
            Defendant.       :
                             :
- - - - - - - - - - - - - - x
```

COUNT ONE
(Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1. From at least in or about 2008 up to and including at least in or about 2018, in the Southern District of New York and elsewhere, SHANE HANNA, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud in connection with the conduct of telemarketing, as that term is defined in Title 18, United States Code, Section 2325, which did victimize ten and more persons over the age of 55, in violation of Title 18, United States Code, Sections 1343 and 2326.

2. It was a part and an object of the conspiracy that SHANE HANNA, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and

property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Sections 1343 and 2326, to wit, HANNA and others induced victims, many of whom were over the age of 55, to pay thousands of dollars to obtain so-called "business services," which they represented would make the management of the victims' purported online businesses more efficient and/or profitable, when, in actuality, HANNA and his co-conspirators knew that the "services" would provide little or no value to the victims' businesses, which were essentially non-existent.

(Title 18, United States Code, Sections 1349, 2326(1), & 2326(2)(A).)

COUNT TWO
(Conspiracy to Commit Money Laundering)

The United States Attorney further charges:

3.  From at least in or about 2008 up to and including at least in or about 2018, in the Southern District of New York and elsewhere, SHANE HANNA, the defendant, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1957(a).

4.  It was a part and an object of the conspiracy that SHANE HANNA, the defendant, and others known and unknown, knowing that the property involved in certain financial transactions, to wit, cash transactions and wire transfers, represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit, wire fraud, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

5.  It was a further part and an object of the conspiracy that SHANE HANNA, the defendant, and others known and unknown, knowingly would and did engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000 that was derived from specified unlawful activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1957(a).

(Title 18, United States Code, Section 1956(h).)

## COUNT THREE
(Access Device Fraud)

6. From at least in or about 2018, up to and including at least in or about 2019, SHANE HANNA, in the District of Arizona and elsewhere, the defendant, knowingly, and with intent to defraud, in an offense affecting interstate and foreign commerce, used and trafficked one and more unauthorized access devices during a one-year period, and by such conduct would and did obtain things of value aggregating $1,000 and more during that period, and knowingly, and with intent to defraud, in an offense affecting interstate and foreign commerce, effected transactions with one and more access devices issued to other persons, to receive payment and any other thing of value during a one-year period, the aggregate value of which was equal to and greater than $1,000, to wit, in or about 2018, HANNA sold customer credit card information to another individual so that individual could make unauthorized purchases with the credit card information.

(Title 18, United States Code, Sections 1029(a)(2) and (a)(5).)

## COUNT FOUR
(Aggravated Identity Theft)

The United States Attorney further charges:

7. From at least in or about 2008 up to and including at least in or about 2019, in the Southern District of New York and elsewhere, SHANE HANNA, the defendant, knowingly did transfer,

possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, HANNA used and transferred names and credit card numbers of individuals in furtherance of (i) the conspiracy to commit wire fraud charged in Count One of this Superseding Information; and (ii) the conspiracy to commit access device fraud charged in Count Three of this Superseding Information.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

COUNT FIVE
(False Statements on a Loan and Credit Application)

The United States Attorney further charges:

8. On or about 2019, SHANE HANNA, in the District of Arizona and elsewhere, the defendant, knowingly made a false statement and report and willfully overvalued land, property, and security for the purpose of influencing the action of a mortgage lending business, as defined in Title 18, United States Code, Section 27, upon the change and extension of a loan, by renewal, deferment of action and otherwise, to wit, HANNA submitted false paystubs for the purpose of refinancing a home mortgage.

(Title 18, United States Code, Sections 1014 and 2.)

COUNT SIX
(Conspiracy to Commit Wire Fraud)

The United States Attorney further charges:

9. From in or about 2018, up to and including in or about 2019, in the District of Arizona and elsewhere, SHANE HANNA, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

10. It was a part and an object of the conspiracy that SHANE HANNA, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, HANNA and others provided false information to lenders and to vendors by means of interstate wires, in connection with the operation of a nutritional supplement business in order to obtain credit and avoid the payment of invoices.

(Title 18, United States Code, Section 1349)

COUNT SEVEN
(Arson)

The United States Attorney further charges:

14. In or about 2019, in the District of Arizona and elsewhere, SHANE HANNA, the defendant, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a 2008 BMW Alpina (the "Vehicle"), which was used in interstate commerce and in activities affecting interstate commerce, to wit, HANNA asked an individual to dispose of or destroy the Vehicle, which the individual accomplished by setting it on fire, after which HANNA reported that the Vehicle was stolen.

(Title 18, United States Code, Sections 844(i) and 2.)

COUNT EIGHT
(Wire Fraud)

The United States Attorney further charges:

11. In or about 2019, in the District of Arizona and elsewhere, SHANE HANNA, the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, HANNA falsely

reported that the Vehicle was stolen and caused that report to be transmitted to an insurance company by means of interstate wires so that the insurance company would cover the loss of the Vehicle.

(Title 18, United States Code, Sections 1343 and 2)

## FORFEITURE ALLEGATIONS

12. As a result of committing the offense alleged in Count One of this Superseding Information, SHANE HANNA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(8), any and all real or personal property used or intended to be used to commit, to facilitate, or to promote the commission of said offense; and any and all real or personal property constituting, derived from, or traceable to the gross proceeds that the defendant obtained directly or indirectly as a result of said offense including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

13. As a result of committing the offense alleged in Count Two of this Superseding Information, SHANE HANNA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in

United States currency representing the amount of property involved in said offense.

14. As a result of committing the offense alleged in Count Three of this Superseding Information, SHANE HANNA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), any and all property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, and any and all personal property used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

15. As a result of committing the offense alleged in Counts Five of this Superseding Information, SHANE HANNA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

16. As a result of committing the offenses charged in Counts Six and Eight of this Superseding Information, SHANE

HANNA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

17. As a result of committing the offense charged in Count Seven of this Superseding Information, SHANE HANNA, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B), all property constituting, or derived from, proceeds the defendant obtained directly or indirectly as a result of the offenses, and pursuant to Title 18, United States Code, Section 844(c), any and all explosive materials involved or used or intended to be used in the offense charged in Count Seven of this Superseding Information.

**Substitute Asset Provision**

18. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SHANE HANNA,

Defendant.

**SUPERSEDING INFORMATION**

S5 19 Cr. 833 (SHS)

(18 U.S.C. §§ 844, 1014, 1028A, 1029, 1343,
1349, 1956(h), 2326, and 2.)

DAMIAN WILLIAMS
United States Attorney.