## RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

## MEMO ENDORSED

January 25, 2022

Hon. Sydney H. Stein  
United States District Court  
U. S. Courthouse  
500 Pearl Street  
New York, New York  10007

Re: United States v. Cheedle, et al  
19 Cr. 833 (SHS)

Dear Judge Stein:

  I represent defendant **Shane Hanna** in the above-referenced matter. Mr. Hanna is currently at liberty pursuant to a $250,000.00 appearance bond co-signed by one financially responsible individual and one individual serving as moral suasion. Mr. Hanna is a resident of Phoenix, Arizona. Mr. Hanna's bail conditions limit his travel to the District of Arizona, the Southern and Eastern Districts of New York and the District of New Jersey. He is under the supervision of Pretrial Services officers both in the District of Arizona and the Southern District of New York.

  I write today with the consent of Pretrial Services for the District of Arizona to request a modification of Mr. Hanna's bail conditions such as to allow him to make a round trip by automobile from his home in Phoenix, Arizona to visit with his 22 year old son in San Diego, California. Mr. Hanna will travel alone and will depart Phoenix, Arizona on February 4, 2022 and return to Phoenix on February 6, 2002. District of Arizona Pre-trial Service Officer Gina Sanchez has been provided with the trip itinerary.

  I can further advise the Court that Pre-Trial Services for the Southern District of New York  as well as with the S.D.N.Y. United States Attorney's Office defer to Pre-Trial Officer

Sanchez and otherwise have no objection to these travel plans.

Accordingly, it is respectfully requested that the Court grant the appearance bond modification sought herein while all other conditions of release remain in effect.

Thank you for your consideration to this application.

Respectfully submitted,

Richard H. Rosenberg

cc.: A.U.S.A. Sebastian Swett
    Courtney Defeo, U.S. Pretrial SDNY
    Gina Sanchez, U.S. Pretrial, Dist. of Arizona

Defendant's request for a bail modification as set forth in this letter is granted.

Dated: New York, New York
       January 25, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.