# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

October 21, 2022

## MEMO ENDORSED

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Shane Hanna
19 Cr. 833-03 (SHS)

Dear Judge Stein:

This case is scheduled for sentencing on November 17, 2022 with counsel's sentencing submission due two weeks prior. With the consent of the Government, I respectfully write today to request a continuance to a date during the week of December 12, 2022 or a date otherwise convenient to the Court. A continuance will provide counsel with the time needed for the timely serving and filing of a sentencing submission in this complex case, the preparation of which has been compromised by counsel's heavy work load.

Thank you for your consideration and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: Sebastian Swett, A.U.S.A.
Kiersten Fletcher, A.U.S.A.

The sentencing is adjourned to December 13 at 4:00 p.m. The defense submission is due by November 23, the government submission is due by November 30.

Dated: New York, New York
October 24, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.