

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2023

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Shane Hanna*, **S5 19 Cr. 833 (SHS)**

Dear Judge Stein:

  The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for February 13, 2022, be adjourned to a date and time convenient to the Court in or after May 2023, in light of the current status of related proceedings and the anticipated timeline of their resolution.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

          By: _____
            Kiersten A. Fletcher
            Robert B. Sobelman
            Sheb Swett
            Assistant United States Attorneys
            (212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)