

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2023

**BY ECF**  MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Shane Hanna,* SS 19 Cr. 833 (SHS)

Dear Judge Stein:

    The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for February 13, 2022, be adjourned to a date and time convenient to the Court in or after May 2023, in light of the current status of related proceedings and the anticipated timeline of their resolution.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Kiersten A. Fletcher
    Robert B. Sobelman
    Sheb Swett
    Assistant United States Attorneys
    (212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)

The sentencing is adjourned to May 30, 2023, at 2:30 p.m. The defense submission is due by May 6, the government submission is due by May 13, 2023.

Dated:  New York, New York
         January 30, 2023

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.