# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

June 21, 2024

Hon. Sidney H. Stein
United States District Court
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: United States v. Cheedie, et al
19 Cr. 833 (SHS)

Dear Judge Stein:

I represent defendant **Shane Hanna** in the above-referenced matter. I write today to request a modification of Mr. Hanna's bail conditions so as to allow him to attend a housewarming party for a close friend in Temecula, California. Mr. Hanna plans to travel by automobile with Melissa Petty on July 5, 2024 and return to Phoenix, Arizona on July 7, 2024. Mr. Hanna is currently at liberty pursuant to a $250,000.00 appearance bond co-signed by one financially responsible individual and one serving as moral suasion. He is under the supervision of Pretrial Services in the District of Arizona. If this application is approved Mr. Hanna will provide Pretrial Services with the details of his trip and lodging information.

District of Arizona Pretrial Services Officer Francisco Gonzalez-Hernandez has no objection to these travel plans. Nor does Pretrial Services for the Southern District of New York have an objection to this travel. The United States Attorney's Office per A.U.S.A. Sebastian Swett deferred to Pretrial Services regarding this request.

Accordingly, it is respectfully requested that the Court grant the appearance bond modification sought herein while all other conditions of release remain in effect.

Thank you for your consideration to this application.

Respectfully submitted,

Richard H. Rosenberg

cc.: Pretrial Officer Kathia Bermudez
Pretrial Officer Gonzalez-Hernandez
A.U.S.A. Sebastian Swett

Request granted.

Dated: New York, New York
June 21, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.